# EXHIBIT 1



OFFICE OF THE DISTRICT ATTORNEY, KINGS COUNTY
RENAISSANCE PLAZA at 350 JAY STREET
BROOKLYN, N.Y. 11201-2908
(718) 250-2000

CHARLES J. HYNES
*District Attorney*

## Complaint Room Screening Sheet

ROOP.
DNA sample offense

Narcotics: [N]

Screener: Veronica Perez
Screening date: April 26, 2011
180.80 Date: 04/29/11
GJ Date: 04/28/11        GJ Time: 09:00

Bureau: Trial Bureau 4 - Green

### Defendants
| Name - Last, First | Arrest Number | Sex | DOB | Age | Complaint/D° | Class | |
|---|---|---|---|---|---|---|---|
| HUNTER, JAMES | K11640329 | M | 10/15/59 | 051 | 1 | Felony | Grand Jury |

Gang member [ ]

### TPOs
| # | Date/Time | Place | PCT | Near School (if narcotics sale) |
|---|---|---|---|---|
| 1 | 04/25/11 13:25 to: | 424 EAST 22 STREET | 070 | [ ] |

### Arrests
Defendant: HUNTER, JAMES
Date/Time: 04/25/11  15:05
Place: DITMAS AVENUE EAST 22 STR
Circumstances:
Arrest Charges: PL 1200501

### Complaint Charges
HUNTER, JAMES   TPO 1   PL 120.10(1), PL 120.14(1), PL 120.15, PL 110/120.25, PL 240.26(1), PL 265.01(2), PL 120.05(1), PL 120.00(1), PL 110/120.00(1)

DEF STABBED C/W ABOUT THE STOMACH AND ARM

DEF AND CW WERE FRIENDS FOR MORE THAN 5 YRS.
E/W BOLDEN KNOWS C/W AND DEF FROM THE NEIGHBORHOOD.

DEF RECEIVED INFORMATION WHILE INCARCERATED THAT C/W WAS SLEEPING W/ DEF'S WIFE WHILE DEF WAS IN JAIL.
C/W TRIED TO CONTACT DEF. AND DEF. DID NOT PICK UP DEF'S PHONE CALLS AND DID NOT ANSWER DEF'S APT DOOR.

** NOTE **

C/W CANVASSED FOR DEF. AND WHEN C/W OBSERVED DEF., C/W DISPLAYED A METAL PIPE AND HIT DEF. ABOUT THE TORSO AND ARM W/ SAID PIPE.
DEF. DISPLAYED A KNIFE AND STABBED THE INFORMANT ABOUT INFORMANT'S STOMACH AND ARM.

THE POLICE WERE CONTACTED.
PO STEIN ARRIVED ON THE SCENE AND WAS INFORMED BY E/W THAT DEF. STABBED C/W.
C/W WAS TRANSPORTED TO KCH.WHERE C/W HAD SOME OF C/W'S APPENDIX AND COLON REMOVED.

CIRCUMSTANCE OF ARREST: AFTER C/W WAS STABBED C/W CALLED C/W'S FRIEND WISDOM AND INFORMED WISDOM THAT DEF. HAD JUST STABBED HIM
WISDOM WENT TO THE SCENE.

WISDOM OBSERVED PO STEIN AND OTHER OFFICERS AND INFORMED THEM THAT WISDOM KNEW BOTH PARTIES AND HOW TO CONTACT DEF.
CAPTAIN TAYLOR WHO WAS ALSO AT THE SCENE CONTACTED DEF. AND DEF. TURNED HIMSELF IN ON 4/25/11.
C/W POS ID DEF. IN A CONFIRMATORY PHOTO.

KNIFE AND METAL PIPE RECOVERED FROM INSIDE DEF'S VEHICLE

### Witnesses
| Name | Age/Gender | Defendant | Relationship to Defendant | |
|---|---|---|---|---|
| RODWELL JONES | 052 M | JAMES HUNTER | Other | friends |
| CLARENCE BOLDEN | | JAMES HUNTER | None | |
| DOCTOR vandegrass | | JAMES HUNTER | Stranger | |

### Injuries
RODWELL JONES                                    Photo taken [ ]
Description of Injuries: appendix and colon removed
Medical Treatment [Y]  Date: 04/25/11   Hospital: KCH
Medical Treatment Description: admitted

### Identifications
| Defendant | TPO | Witness Type | Date/Time | Place | Police Officer Present |
|---|---|---|---|---|---|
| HUNTER, JAMES | 1 | | 4/26/11 14:02 | kch | GIUSEPPE GIUCA, shield:9511, CMD:290 |

Type of ID Procedure: Confirmatory photograph-book    Outcome: Positive Identification

### Statements
| Defendant | Date/Time | Place | Statement Made To | Form of Stmt. |
|---|---|---|---|---|
| HUNTER, JAMES | 4/26/11 17:09 | 70th pct | GIUSEPPE GIUCA, shield:9511, CMD:290 | Oral |

Circumstances: after arrest
After Miranda Rights [Y] Given By: GIUSEPPE GIUCA, Shield:9511, CMD:290
Substance of Statement:

Statement: DEF STATED IN SUM AND SUBSTANCE THAT DEF COULD L... C/W AND THAT C/W WAS FUCKING DEF'S WIFE AND THAT C/W AND DEF WERE FRIENDS.

| Defendant | Date/Time | Place | Statement Made To | Form of Stmt. |
|---|---|---|---|---|
| HUNTER, JAMES | 4/26/11 15:50 | 70th pct | GIUSEPPE GIUCA, shield:9511, CMD:290 | Oral |

Circumstances: after arrest
After Miranda Rights [Y] Given By: GIUSEPPE GIUCA, Shield:9511, CMD:290
Substance of Statement:
DEF STATED IN SUM AND SUBSTANCE THAT C/W WAS FUCKING DEF'S WIFE AND DEF COUDL OF KILLED HIM AND THAT DEF AND C/W WERE FRIENDS.

| Defendant | Date/Time | Place | Statement Made To | Form of Stmt. |
|---|---|---|---|---|
| HUNTER, JAMES | 4/25/11 15:05 | at scene | GIUSEPPE GIUCA, shield:9511, CMD:290 | Oral |

Circumstances: time of arrest
After Miranda Rights [ ] Given By
Substance of Statement:
DEF STATED IN SUM AND SUBSTANCE, I COULD OF KILLED HIM, HE WAS FUCKING MY WIFE AND HE HIT ME WITH A METAL PIPE.

**Property Recovered**
[1] Description: metal pipe & knife                Voucher No: R900253
Recovered From: def's vehicle By: GIUSEPPE GIUCA
Identified By: GIUSEPPE GIUCA          To: GIUSEPPE GIUCA

**Interview**

GIUSEPPE GIUCA (Arresting PO     )     Interview: Telephone

TIMOTHY STINES (OTHER     )     Interview: No Interview

RODWELL JONES (Victim/Eyewitness     )     Interview: No Interview

CLARENCE BOLDEN (Eyewitness Only     )     Interview: No Interview

DOCTOR vandegrass (OTHER     )     Interview: No Interview