# EXHIBIT 3

*Make copies & put back*

# FINK & KATZ, PLLC

ATTORNEYS AT LAW
40 EXCHANGE PLACE, SUITE 2010
NEW YORK, NEW YORK 10005
TELEPHONE: (212) 385-1373
FACSIMILE: (212) 202-4036
INTERNET: www.finkkatz.com

JONATHAN A. FINK, ESQ.
PHILIP KATZ, ESQ.

September 21, 2011

**VIA FIRST CLASS MAIL**
Ron Snyder
Assistant District Attorney
Kings County District Attorney's Office
350 Jay Street
Brooklyn, NY 11201

RE: People v. James Hunter, Indictment No. 3430/2011

Dear Mr. Snyder:

I have enclosed for your review documents that support that Mr. Hunter was acting in self defense on April 25, 2011. In particular, the medical records corroborate that on the date in question the complainant, Rodwell Jones, assaulted Mr. Hunter with a metal rod. As a result of this assault, Mr. Hunter sustained a fractured rib and an injury to his elbow. I have placed a star on the pages that reflect where the medical records detail Mr. Hunter's injuries.

I have enclosed the transcript from Mr. Hunter preliminary parole hearing in which Mr. Jones admits to attacking Mr. Hunter.

It is my hope that upon reviewing these documents, as well as a further investigation by your office, you will consider dismissing the indictment against my client.

Sincerely,

Jonathan A. Fink

Encls.