# EXHIBIT 4

TO: **Ron Snyder (A.D.A)**
FROM: Mr. James Hunter
# 141-11-05564                    10 Nov 2011

RE: Charges on Plaintif (Rodwell Jones) Requested

- I have patiently sat (in confinement) since 25 April 2011, allowing the 'WHEELS OF JUSTICE' to slowly 'Do What They Do'!

- I am being charged with Assault, where the plaintif admits to attacking me. (with a metal bar; Voucher # R900253 / see Preliminary Parole Minutes Pg # 34; lines 14-24)

(Preliminary Parole)

- Strangely enough the plaintif indicates that i mystically unarmed him 'before' he was afforded an opportunity to strike me!

NOTE:
(medical records were provided to you, indicating the two (2) injuries i sustained)

- I too am aware of the photographs contained in the First Supplemental Open File Discovery, Two (2) of which indicate that when i 'Voluntarily' surrendered the Detectives at the 70th Precinct were made aware of my injuries...

NOTE:-

==I was denied medical attention and not allowed to press charges!==

→ I am being held at 'Rikers Island' by a Correctional Staff that does not respect "INNOCENT UNTIL PROVEN GUILTY"! Department of Corrections only sees a person whose 'LIBERTIES' HAVE BEEN STRIPPED AWAY and are now at the mercies of the Judicial System and Department of Corrections!

→ ==I AM and Have been seeking to have ASSAULT charges pressed against the Plantif (RODWELL Jones) from the incident on 25 April 2011!==

cc:

1- Honorable Judge Murphy
   Supreme Court Justice

1- Attorney Jonathan Fink

Thanks in Advance

James [signature]
(HUNTER, J)
VET., US ARMY

Sworn to before me this 12 day of Nov. 20__

Matthew Reddick
NOTARY PUBLIC

MATTHEW REDDICK
NOTARY PUBLIC, State of New York
No. 01RE5076313
Qualified in Queens County
Expires April 21, 2015