# EXHIBIT 5

SUPPORTING MEDICAL



# HUNTER, JAMES

NYSID: 092737552  BookCase: 1411105564
Facility Code: OBCC  Housing Area: 2L
51 Y old Male, DOB: 10/15/1959
2211 GATES AVE, 4A, BK, NY-11226
Insurance: Self Pay

04/30/2011                                                                 Joan Downes

### Current Medications
Ibuprofen Tablet 400 MG 1 tab bid-prn, stop date 05/01/2011
Albuterol Sulfate HFA Aerosol Solution 108 (90 Base) MCG/ACT 2 puffs Every 6 Hours, as needed, stop date 07/26/2011

### Past Medical History  NOTE →
Chickenpox
STD
Liver disease



### Reason for Appointment
1. C/o pain to left rib cage; pt states was assualted 7 days ago; still has pain to left ribs

### History of Present Illness
Notes::
Pt requesting to go to the hospital so he can get a "proper report done, like the man who assaulted me". states" i should not be here"; pt states was hit with a metal pole to left elbow and left side of chest, now with persistent pain to left side of ribs which increases with any movement.

### Vital Signs

| BP | | |
|---|---|---|
| 110/80 | 04/30/2011 07:37:16 PM | Joan Downes |
| Pulse | | |
| 68 | 04/30/2011 07:37:16 PM | Joan Downes |
| RR | | |
| 16 | 04/30/2011 07:37:16 PM | Joan Downes |
| Temp | | |
| 97.5 | 04/30/2011 07:37:16 PM | Joan Downes |

### Examination
General Examination:
GENERAL APPEARANCE: no acute distress. HEENT: WNL. NECK: supple. HEART: RRR+s1/S2. CHEST: + general tenderness to posterior left rib cage; no erythema, swelling or bruising. LUNGS: clear to auscultation, clear to auscultation and percussion, good air entry bilaterally. ABDOMEN: soft, NT/ND, BS present. EXTREMITIES: left elbow with minimal tenderness to palpation, and minimal swelling; no bruising; full ROM.

NOTE... EVEN after complaining about both injuries ... they focused on elbow until I had to be carried out on a stretcher !

### Assessments
1. Costochondritis - 733.6 (Primary)

### Treatment

Patient: HUNTER, JAMES  DOB: 10/15/1959  Progress Note: Joan Downes  04/30/2011
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

http://10.131.61.134:8080/mobiledoc/jsp/catalog/xml/printChartOptions.jsp?encounterID=...   7/26/2011