# EXHIBIT 6



## NYC Health Correctional Health Services

**HUNTER, JAMES**
NYSID: 092737555Z  BookCase: 1411105564
Facility Code: OBCC  Housing Area: 2L
51 Y old Male. DOB: 10/15/1959
2211 GATES AVE, 4A, BK, NY-11226
Insurance: Self Pay

05/01/2011                                                                 Harjinder Bhatti, MD

### Current Medications
Albuterol Sulfate HFA Aerosol Solution 108 (90 Base) MCG/ACT 2 puffs Every 6 Hours, as needed, stop date 07/26/2011
Ibuprofen Tablet 400 MG 1 tab Every 12 Hours; 2 tabs stat, stop date 05/05/2011

### Past Medical History
Chickenpox
STD
Liver disease

### Allergies
N.K.D.A.

### Reason for Appointment
1. Rib pain

### History of Present Illness
Notes::
C/o pain left sided ribs, intermittent for past 5-7 days when he was assaulted and hit with a metal rod. Today, after sneezing, pain recurred. Pain is non radiating, sharp. Patient was brought from housing area to clinic on stretcher. Pain increases with movement.

### Vital Signs

| | BP | |
|---|---|---|
| 128/79 | 05/01/2011 11:18:10 AM | Harjinder Bhatti |
| | Pulse | |
| 67 | 05/01/2011 11:18:10 AM | Harjinder Bhatti |
| | RR | |
| 14 | 05/01/2011 11:18:10 AM | Harjinder Bhatti |
| | Temp | |
| 98.2 | 05/01/2011 11:18:10 AM | Harjinder Bhatti |
| | SaO2 | |
| 100% on RA | 05/01/2011 11:18:10 AM | Harjinder Bhatti |

### Examination
General Examination:
GENERAL APPEARANCE: well-appearing, in mild distress due to pain. HEENT: unremarkable. NECK: normal ROM. HEART: normal. CHEST: normal, CHEST WALL:-, no gross rib deformity, tenderness over left sided ribs - diffuse over 4th - 8th ribs in mid axillary line. No ecchymosis. LUNGS: clear to auscultation, good air entry bilaterally. ABDOMEN: normal. NEUROLOGIC EXAM: non-focal exam.

### Assessments
1. Pain, not otherwise specified - 780.96 (Primary), Left rib/

---

Patient: HUNTER, JAMES   DOB: 10/15/1959   Progress Note: Harjinder Bhatti, MD   05/01/2011
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

http://10.131.61.134:8080/mobiledoc/jsp/catalog/xml/printChartOptions.jsp?encounterID=...   7/26/2011

musculoskeletal pain

**Treatment**

1. Pain, not otherwise specified
Start Ibuprofen Tablet, 400 MG, 1 tab, Orally, Stat, 1 days, RN-DOT, Refills 0
Diagnostic Imaging:Chest PA, Lateral Upright (XRAY), Ribs Left Upper AP, Both Obliques (XRAY)
Patient says he took one motrin about 2 hrs ago. Given stat dose of motrin in the clinic. Advised - pain medication as prescribed.Not to lift heavy weight.

Preliminary reading of CXR - fracture 6 th left rib. No pneumothorax. Official reading pending.

2. Others
Referral To:--------------------------- (REF) DOC
        Reason:

**Procedure Codes**
V2109 1 VISN /- 4.25- /- 7.00D 4.25-6.00D

**Follow Up**
After official X ray reading is available

Disposition: General Population



Electronically signed by Harjinder Bhatti MD on 05/01/2011 at 03:09 PM EDT

Sign off status: Completed

Otis Bantum Correctional Center
1600 Hazen Street
East Elmhurst, NY 11370
Tel: 718-546-6449
Fax:

Patient: HUNTER, JAMES   DOB: 10/15/1959   Progress Note: Harjinder Bhatti, MD   05/01/2011

Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

http://10.131.61.134:8080/mobiledoc/jsp/catalog/xml/printChartOptions.jsp?encounterID=...   7/26/2011