# EXHIBIT 7



**Correctional Health Services**

**HUNTER, JAMES**
NYSID: 09273755Z BookCase: 141105504
Facility Code: OBCC Housing Area: 2L
51 Y old Male. DOB: 10/15/1959
2211 GATES AVE. 4A, BK, NY-11226
Insurance: Self Pay

05/02/2011      Progress Notes: Harjinder Bhatti, MD

**Current Medications**
Albuterol Sulfate HFA Aerosol Solution 108 (90 Base) MCG/ACT 2 puffs Every 6 Hours, as needed, stop date 07/26/2011
Ibuprofen Tablet 400 MG 1 tab Stat, stop date 05/02/2011

**Past Medical History**
Chickenpox
STD
Liver disease

**Reason for Appointment**
1. F/u abnormal x ray

**History of Present Illness**
Notes::
C/o pain left sided ribs, pain increases with some movements, lying on left side. No SOB.

**Vital Signs**

| BP | | |
|---|---|---|
| 130/70 | 05/02/2011 01:14:32 PM | Harjinder Bhatti |
| Pulse | | |
| 65 | 05/02/2011 01:14:32 PM | Harjinder Bhatti |
| RR | | |
| 14 | 05/02/2011 01:14:32 PM | Harjinder Bhatti |
| Temp | | |
| 98.8 | 05/02/2011 01:14:32 PM | Harjinder Bhatti |

**Examination**
General Examination:

Physical examination- unchanged since 5.1.11. Left ribs X ray- slightly displaced fracture of left sixth rib. There is no pneumothorax.

**Assessments**
1. FRACTURE NOS-CLOSED - 829.0 (Primary), left sixth rib

**Treatment**
1. FRACTURE NOS-CLOSED
Start Acetaminophen-Codeine #3 Tablet, 300-30 MG, 2 tabs, Orally, Twice a Day - first dose now, 7 days, Pharmacy, Refills 0
Patient was informed about the X ray report.
Avoid weight lifting, heavy exercise.
Can take motrin PRN
Referral To:Orthopedic WF   Orthopedic
    Reason:Left sixth rib fracture. No pneumothorax

*NOTE..*

Patient: HUNTER, JAMES   DOB: 10/15/1959   Progress Note: Harjinder Bhatti, MD   05/02/2011
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

http://10.131.61.134:8080/mobiledoc/jsp/catalog/xml/printChartOptions.jsp?encounterID=...   7/26/2011

**Follow Up**
prn

Upgraded Medic. to Narcotics for (PAIN)...

**Addendum:**
05/02/2011 03:59 PM Tillery, Marcia > patient was given 1st dose of tylenol #3 at 1:20 pm



Electronically signed by Harjinder Bhatti MD on 05/02/2011 at 01:41 PM EDT

Sign off status: Completed

Otis Bantum Correctional Center
1600 Hazen Street
East Elmhurst, NY 11370
Tel: 718-546-6449
Fax:

Patient: HUNTER, JAMES   DOB: 10/15/1959   Progress Note: Harjinder Bhatti, MD   05/02/2011

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*