# EXHIBIT 8



## Health
## Correctional Health Services

### HUNTER, JAMES
NYSID: 09273755Z BookCase: 141105564
Facility Code: OBCC Housing Area: 3U
51 Y old Male. DOB: 10/15/1959
2211 GATES AVE, 4A. BK, NY-11226
Insurance: Self Pay

---

05/04/2011                                           Progress Notes: Charles Appiah, RPA

**Current Medications**

Albuterol Sulfate HFA Aerosol Solution 108
(90 Base) MCG/ACT 2 puffs Every 6 Hours,
as needed, stop date 07/26/2011
Acetaminophen-Codeine #3 Tablet 300-30
MG 2 tabs Twice a Day - first dose now, stop
date 05/09/2011

**Past Medical History**

Chickenpox
STD
Liver disease

**Reason for Appointment**

1. arthritis L elbow

**History of Present Illness**

Notes::

Pt c/o mild Lt elbow pain s/p physical altercation before
incarceration.

**Vital Signs**

| BP | | |
|---|---|---|
| 110/80 | 05/04/2011 06:23:57 PM | Charles Appiah |
| **Pulse** | | |
| 70 | 05/04/2011 06:23:57 PM | Charles Appiah |
| **RR** | | |
| 16 | 05/04/2011 06:23:57 PM | Charles Appiah |
| **Temp** | | |
| 98.0 | 05/04/2011 06:23:57 PM | Charles Appiah |

**Past Orders**

Elbow Left Ap. Lateral (XRAY) (Collection Date - 04/28/2011)
Result: Abnormal/Positive/Reactive
Notes: no fractures or destructive lesions. There is no effusion.
There is very minimal degenerative disease seen on the lateral view. 1.
Very minimal degenerative disease. 2. No fractures. Maungoo,Maung ,
MD 5/1/2011 11:38:31 AM >

**Examination**

General Examination:
GENERAL APPEARANCE: no acute distress. HEENT: HEAD:-,
atraumatic, normocephalic, EYES:-, PERRLA, EOMI. NECK: supple,
no thyromegaly. HEART: RATE:-, regular, RHYTHM:-, regular,
HEART SOUNDS:-, normal S1S2. CHEST: SHAPE AND
EXPANSION:-, normal, Lt rib tenderness. LUNGS: clear to
auscultation bilaterally. ABDOMEN: soft, NT/ND, BS present.
EXTREMITIES: Full flexion/ext Lt elbow, very mild swelling noted @
medial region, pulses 2 plus bilaterally. NEUROLOGIC EXAM: normal

NOTE...
PAIN

---

sensation and strength.

**Assessments**
1. JOINT PAIN-UNSPEC - 719.40 (Primary), s/p Lt elbow contusion
2. FRACTURE RIB NOS-CLOSED - 807.00

**Treatment**
1. JOINT PAIN-UNSPEC
Analgesic prn

2. FRACTURE RIB NOS-CLOSED
pain meds prn

**Follow Up**
prn



Electronically signed by Charles Appiah PA on 05/04/2011 at 09:57 PM EDT

Sign off status: Completed

West Facility
16-06 Hazen Street
East Elmhurst, NY 11370
Tel: 718-546-4150
Fax:

Patient: HUNTER, JAMES   DOB: 10/15/1959   Progress Note: Charles Appiah, RPA   05/04/2011

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*