# EXHIBIT 9


**NYC Health**
**Correctional Health Services**

**HUNTER, JAMES**
NYSID: 09273735Z BookCase: 1411105564
Facility Code: OBCC Housing Area: 3U
51 Y old Male. DOB: 10/15/1959
2211 GATES AVE, 4A, BK, NY-11226
Insurance: Self Pay

05/13/2011                                                     Jean-Joseph Janvier, MD

**Current Medications**
Albuterol Sulfate HFA Aerosol Solution 108 (90 Base) MCG/ACT 2 puffs Every 6 Hours, as needed, stop date 07/26/2011

**Past Medical History**
Chickenpox
STD
Liver disease

**Allergies**
N.K.D.A.

**Reason for Appointment**
1. Pain

**History of Present Illness**
Notes::
    Pt C/O rib pain being S/P rib fx x 3wks ago, requesting medication.

**Vital Signs**

| BP | | |
|---|---|---|
| 110/72 | 05/13/2011 08:50:34 AM | Jean-Joseph Janvier |
| **Pulse** | | |
| 72 | 05/13/2011 08:50:34 AM | Jean-Joseph Janvier |
| **RR** | | |
| 14 | 05/13/2011 08:50:34 AM | Jean-Joseph Janvier |
| **Temp** | | |
| 98.2 | 05/13/2011 08:50:34 AM | Jean-Joseph Janvier |

**Examination**
General Examination:
   GENERAL APPEARANCE: well-appearing, no acute distress. HEENT: normocephalic, atraumatic, no scalp lesions. NECK: supple, no thyromegaly. HEART: regular, normal S1S2, none. CHEST: no gross rib deformity, minimal rib tenderness noted, normal chest expansion.. LUNGS: clear to auscultation bilaterally. ABDOMEN: soft and not tender. EXTREMITIES: normal ROM.

**Assessments**
1. FRACTURE NOS-CLOSED - 829.0

Rib Pain

**Treatment**
1. Others
Start Naprosyn Tablet, 500 mg, 1 tab, Orally, Twice a Day, 5 days, Pharmacy, Refills 0

*✱ NOTE...
more medication →
PAIN*

---

Patient: HUNTER, JAMES   DOB: 10/15/1959   Progress Note: Jean-Joseph Janvier, MD   05/13/2011
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*