# EXHIBIT 10

*[Handwritten at top:] run w min from preliminary parole & show he lied! (note 8(5) 705-*



# HUNTER, JAMES

NYSID: 09273755Z BookCase: 1411105564
Facility Code: OBCC Housing Area: 1W
51 Y old Male. DOB: 10/15/1959
2211 GATES AVE, 4A, BK, NY-11226
Insurance: Self Pay

**NYC Health Correctional Health Services**

06/13/2011             Lester Lieberman, MD

### Current Medications
Albuterol Sulfate HFA Aerosol Solution 108 (90 Base) MCG/ACT 2 puffs Every 6 Hours, as needed, stop date 07/26/2011

### Past Medical History
Chickenpox
STD
Liver disease

### Reason for Appointment
1. Special clinic orthopedic
2. Pain lt. rib area

### History of Present Illness
Notes::
   He has pain lt. rubs; altercation 4/25/11 from a metal pipe. Xrays show a tracture lt. ribs.

### Examination
General Examination:
   GENERAL APPEARANCE: n/a. HEENT: n/a. ORAL CAVITY: n/a. NECK: n/a. HEART: n/a. CHEST: rib tenderness, normal, no gross rib deformity, tender lt. chest wall, normal diaphragmatic excursion, left. BREASTS: n/a. LUNGS: normal. ABDOMEN: n/a. RECTAL: n/a.

*[Handwritten margin note:] ★ NOTE... PAIN*

### Assessments
1. FRACTURE ONE RIB-CLOSED - 807.01 (Primary), left 6th rib

### Treatment
1. FRACTURE ONE RIB-CLOSED
Start Tylenol/Codeine #3 Tablet, 300-30 MG, 1 tab, Orally, Every 12 Hours, 5 days, Pharmacy, Refills 0
Diagnostic Imaging:Ribs Left Upper AP, Both Obliques (XRAY) states he has taken tylenol with codein here and is not allergic
Referral To:Orthopedic WF    Orthopedic
   Reason:for fx. lt. 6th rib in 4 weeks

*[Handwritten margin note:] ★ ISSUE MORE NARCOTIC FOR PAIN ⇒*

### Follow Up
4 Weeks for lt. ribs

Disposition: General Population

### Addendum:
06/14/2011 05:54 PM Villalobos, Jorge > Consult reviewed. No action needed.

---

Patient: HUNTER, JAMES    DOB: 10/15/1959    Progress Note: Lester Lieberman, MD    06/13/2011
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

http://10.131.61.134:8080/mobiledoc/jsp/catalog/xml/printChartOptions.jsp?encounterID=...    7/26/2011