# EXHIBIT 11

```
 1  SUPREME COURT OF THE STATE OF NEW YORK

 2  COUNTY OF KINGS - CRIMINAL TERM - PART 19
    ------------------------------------------------X
 3  THE PEOPLE OF THE STATE OF NEW YORK,

 4                  -against-              INDICTMENT NO. 3430/11

 5  JAMES HUNTER,

 6                  Defendant.
    ------------------------------------------------X
 7  TRIAL

 8

 9                                 320 Jay Street
                                   Brooklyn, New York
10                                 September 10, 2012

11
    B E F O R E:
12
                    HONORABLE DANNY K. CHUN,
13                               Justice, and jury.

14
    A P P E A R A N C E S:
15
         OFFICE OF CHARLES J. HYNES, ESQ.
16       DISTRICT ATTORNEY - KINGS COUNTY
             350 Jay Street
17           Brooklyn, New York 11201
         BY: JOSHUA LEE, ESQ.
18              -and-
             BRIAN WAGNER, ESQ.
19           Assistant District Attorneys
             For the People
20
         JONATHAN FINK, ESQ.
21           40 Exchange Place
             New York, New York 10005
22           For the Defendant

23

24
                         NATALIE M. TURNER-MOLLOY
25                       Senior Court Reporter
```

nmtm

1   Q   Good afternoon.

2   A   Hello.

3   Q   I just want to ask you some questions about this
4   surveillance tape that you've just been asked about by Mr. Lee.

5       Your testimony is that you obtained a surveillance
6   tape. It's from the Ditmas Park Rehabilitation and Care
7   Center?

8   A   Yes.

9   Q   At 2107 Ditmas Avenue?

10  A   Could be. I am not sure of the exact address or exact
11  name. It's located between 21st and 22nd on Ditmas.

12  Q   You went to that location and you asked them for a
13  surveillance tape regarding the incident that happened on
14  April 25, 2011, right, that ultimately led you to arrest my
15  client correct?

16  A   Yes, sir.

17  Q   And you were able to obtain to surveillance -- it was
18  actually on a DVD, correct, or a CD, right?

19  A   It looks like a CD or a DVD.

20  Q   It's a DVD?

21  A   To my knowledge it's called a CD-R.

22  Q   And you obtained this within a matter of -- was this
23  on April 25th or?

24  A   I requested it on April 25th. I didn't get it until
25  over a week later.



1    Q    You said you spoke to someone at the nursing home,
2    right?
3    A    Yes.
4    Q    And you never wrote that person's name down, correct?
5    A    I looked at my notes and couldn't find it. No, sir.
6    Q    Did you write down anywhere in your notes that you
7    were able to obtain a surveillance tape?
8    A    Not that I have, no.
9    Q    And you are familiar with what a DD-5 is, correct?
10   A    Yes.
11   Q    You understand that, I'm sorry, you are a detective
12   now or?
13   A    A police officer.
14   Q    Okay. But on April 25, 2011, you were working for the
15   detective squad of the 70th Precinct, right?
16   A    Right, right.
17   Q    And you -- it was your understanding that --
18   withdrawn.
19        You knew what a DD-5 was on that particular day,
20   right?
21   A    Yes.
22   Q    And correct me if I am wrong, but as someone assigned
23   to an investigation such as you were, you had an obligation to
24   memorialize what things you did, right?
25   A    Right.

| | | |
|---|---|---|
| 1 | Q | Including obtaining a surveillance tape, right? |
| 2 | A | Right. |
| 3 | Q | You never did that, correct? |
| 4 | A | I don't believe I did, no. |
| 5 | Q | Well, did you create any DD-5s with regard to your investigation into this particular case that you are testifying on here today? |
| 8 | A | I have all my notes and all my files and I don't have it with me. |
| 10 | Q | You don't have any DD-5s, correct? |
| 11 | A | No. |
| 12 | Q | So you request this surveillance, and at some point you get a DVR as you refer to? |
| 14 | A | Correct. |
| 15 | Q | You are unable to actually open it, right? |
| 16 | A | Right. |
| 17 | Q | So but you never went back to the nursing home to see if there was a problem with what you were given, right? |
| 19 | A | No, sir. |
| 20 | Q | And you actually met with a prosecutor from the Kings County District Attorney's Office the same week that you arrested my client, Mr. Hunter, right? |
| 23 | A | Within three days. |
| 24 | Q | And you told this prosecutor that you had a surveillance tape from April 25, 2011, right? |

nmtm

1      Jurors, you may step out.

2      THE COURT:  10 o'clock tomorrow morning, please.

3      MR. LEE:  Thank you.

4      (Whereupon, the case is adjourned to September

5   11, 2012.)

6                  *     *     *     *

7

          It is hereby certified that the foregoing is
8   a true and accurate transcript of the proceedings.

9

10

11   _____
     NATALIE M. TURNER-MOLLOY
12   Official Court Reporter

                   *     *     *     *

nmtm