UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JAMES HUNTER,

       Plaintiff,      JUDGMENT

 v.               12-CV-6139 (MKB)

CITY OF NEW YORK and OFFICER GIUCA,

       Defendants.
-----------------------------------------------------------------X

  A Memorandum and Order of Honorable Margo K. Brodie, United States District Judge, having been filed on October 22, 2021, granting Plaintiff's motion; and awarding Plaintiff $58,534 in attorneys' fees; it is

  ORDERED and ADJUDGED that Plaintiff's motion is granted; and Plaintiff is awarded $58,534 in attorneys' fees.

Dated: Brooklyn, New York         Douglas C. Palmer
   October 27, 2021           Clerk of Court

                 By:  */s/Jalitza Poveda*
                     Deputy Clerk